**STATE of Missouri, Respondent.**

No. 74511.

Missouri Court of Appeals,
Eastern District,
Division One.

May 11, 1999.

Donald R. Hoff, St. Louis, for appellant.

■

**Albert R. HILL, Plaintiff/Respondent,**

v.

**Alice Ruth WILDEBRANDT,
Defendant/Appellant.**

No. 74479.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 11, 1999.

Schwartz & Ochs, P.C., Clifford Schwartz, St. Louis, for appellant.

Casserly Jones, P.C., Mark Brittingham, St. Louis, for respondent.

Before HOFF, P.J. and GARY M. GAERTNER, J. and RHODES RUSSELL, J.

## O R D E R

PER CURIAM.

Alice Ruth Wildebrandt (Daughter) appeals from the trial court's Amended Judgment entered in favor of Albert R. Hill (Son) after a non-jury trial on his petition for damages, accounting, constructive trust, and temporary restraining order.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. . The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An extended opinion would have no precedential value. Judgment affirmed pursuant to Rule 84.16(b).[1]

---

1. Son's pending "Motion to Strike [Daughter's] Brief," and Son's request for sanctions on appeal are denied.